NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LIESCHEN L. ROWE,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2012-3186

---

Petition for review of the Merit Systems Protection Board in case no. CH0752100744-B-1.

---

## ON MOTION

---

## ORDER

The petitioner submitted a USERRA Notification Form on August 22, 2012 requesting a waiver of the payment of fees for his appeal.  In the court's September 10, 2012 order, this court noted that "Based upon our review, it does not appear that the underlying case included a USERRA claim", and ordered Rowe to either pay the docketing fee within 14 days or submit a motion for leave to proceed in forma pauperis.  The docketing fee has

LIESCHEN ROWE V. ARMY                                                    2

not been paid nor has a motion for leave to proceed in forma pauperis been filed.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal is dismissed for failure to prosecute. Any pending motions are denied as moot.

FOR THE COURT

SEP 2 7 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  John A. Tacker, Esq.
     Jane W. Vanneman, Esq.

s21

Issued As A Mandate:    SEP 2 7 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 7 2012

JAN HORBALY
CLERK